IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH TONEY,** | : |
| Plaintiff, | : |
| v. | :   **CIVIL ACTION 07-0024-CG-C** |
| **ANTHONY BARBER,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED** and **DECREED** that the Motion for Summary Judgment of Defendant Anthony Barber be granted (Docs. 7, 22), and that Plaintiff's claim against this Defendant be dismissed with prejudice.

**DONE and ORDERED** this 2nd day of September, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE